JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONDRO GUITARS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ESP SHIBUYA ENTERPRISES INC.,<br><br>    Defendant. | Case No. 2:24-cv-06942-SB-JC<br><br>ORDER GRANTING MOTION TO SEAL AND APPROVING STIPULATION TO DISMISS WITH PREJUDICE |

    The parties have filed a status report and a stipulation of dismissal and to seal trade secret information.  Dkt. Nos. 40, 41.  The parties represent that they have agreed to voluntarily dismiss this matter in its entirety, subject to the Court's granting of the motion to seal at Dkt. No. 5, which the prior court denied without prejudice when it transferred this case so that this Court could rule on a renewed motion filed pursuant to its rules, Dkt. No. 25.  Although the parties did not file a renewed motion to seal and did not provide the "attached" proposed order referenced in their stipulation, the Court has reviewed the motion at Dkt. No. 5 and concludes that the dealer agreement filed under seal at Dkt. No. 7-1 contains sensitive information that may properly remain under seal.  Accordingly, the Court grants the motion to seal and approves the parties' stipulation.  Pursuant to the parties' agreement, all claims and counterclaims in this case are dismissed with prejudice, and both parties waive any further claims, including for attorney's fees and costs.  The case is therefore closed, and all remaining settings are vacated.

Date: September 12, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge